MK

13CV8827
JUDGE FEINERMAN
MAG. JUDGE SCHENKIER

RECEIVED
DEC 11 2013
DEC 1 1 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE FEDERAL DISTRICT COURT, CHICAGO ILLINOIS
Life Sovereignty Constitutional Amendment to Federal Constitution

| | | |
|---|---|---|
| Eric S. Meyer | * | |
| Po Box 8013 | * | Case No. |
| Chicago IL 60608 | * | Judge |
| Pro Se Pauper | * | Appellate |
| Appellate | * | |
| | * | Exhibit A |
| Barbara Mikulski | * | |
| Maryland Senator | * | |
| 503 Hart Senate Office Building | * | |
| Washington, D.C. 20510 | * | |
| 202-224-4654 | * | |
| Appellant | * | |
| | * | |
| Robb Fraley | * | |
| Executive Vice President | * | |
| Monsanto Corporation | * | |

1

14018 Carole Dr.                    *

Bloomington IL 61705                *

Appellee                            *

                                    *

Hugh Grant                          *

Chairman and CEO                    *

Monsanto Corporation                *

3421 State Route 51 South           *

Po Box 1837                         *

Centrailia IL 62801                 *

Appellee                            *

                                    *

Brett D. Beremann                   *

President and COO                   *

Monsanto Corporation                *

N. John Street                      *

Po Box 50                           *

Farmer City, IL 61842               *

Appellee                            *

                                    *

Pierre Courduroux                   *

Senior Vice President               *

Monsanto Corporation                *

1577 80th Street                        *

Monmouth, IL 61462                      *

Appellee                                *

                                        *

Kerry J. Preete                         *

Executive Vice President,               *

Global Strategy                         *

Monsanto Corporation                    *

State Route 48                          *

Po Box 410                              *

Stoneington, IL 62567                   *

Appellee                                *

                                        *

Dr. Michael K. Stern                    *

Vice President,                         *

Monsanto Corporation                    *

26207 Davidson Road                     *

Jerseyville, IL 62052                   *

Appellee                                *

                                        *

Amgen                                   *

4 Parkway N # 150                       *

Deerfield IL 60015                      *

847-374-0800                          *

Appellee                              *

                                      *

Genentech                             *

Mailstop 28-1-C                       *

One Amgen Center Drive                *

Thousand Oaks, CA                     *

91320-1799                            *

Appellee                              *

                                      *

Christopher A. Viehbacher            *

CEO, Sanofi; Chairman, Genzyme*

500 Kendall Street                    *

Cambridge, MA 02142                   *

617-252-7500                          *

Appellee                              *

                                      *

David Meeker, M.D.                    *

President, CEO, Genzyme               *

500 Kendall Street                    *

Cambridge, MA 02142                   *

617-252-7500                          *

Appellee                              *

William Aitchison      *

Head of Global Manufacturing   *

500 Kendall Street      *

Cambridge, MA 02142      *

617-252-7500      *

Appellee      *

     *

John C. Martin, PhD      *

Chairman and CEO      *

Gilead Sciences      *

333 Lakeside Drive      *

Foster City, CA 94404      *

650-574-3000      *

Appellee      *

     *

John F. Milligan, PhD      *

Gilead Sciences      *

333 Lakeside Drive      *

Foster City, CA 94404      *

650-574-3000      *

Appellee      *

     *

     *

George A. Scangos, Ph.D.          *

CEO and member of Board          *

Biogen Idec                               *

14 Cambridge Center                 *

Cambridge, MA 02142               *

781-464-2000                            *

Appellee                                   *

                                                *

Susan H. Alexander                  *

Executive Vice President,         *

General Counsel and                *

Corporate Secretary,                *

Biogen Idec                               *

14 Cambridge Center                 *

Cambridge, MA 02142               *

781-464-2000                            *

Appellee                                   *

                                                *

United States Dept of Agriculture*

77 W Jackson Blvd #20             *

Chicago, IL 60604                     *

312-353-1044                            *

Appellee                                   *

Centers for Disease Control    *

and Prevention    *

1600 Clifton Rd    *

Atlanta, GA 30333    *

404-639-3311    *

Appellee    *

   *

Néstor Osorio    *

President of the Economic    *

And Social Council    *

750 United Nations Plaza    *

New York, NY 10017    *

Appellate    *

   *

Samantha Power    *

U.N Security Council    *

750 United Nations Plaza    *

New York, NY 10017    *

Appellate    *

   *

United States Patent Office    *

Mail Stop LEGAL    *

Randolph Building    *

7

401 Dulany Street      *

Alexandria, VA 22314      *

Appellee      *

     *   *   *   *   *

Laws Involved:

H.J. RES 59

Monsanto Protection Act

U.S. Patriot Act

Civilizational Stability U.S.C. § 14

Guarantee Clause (Article IV, Section 4, U.S. Constitutional

Amendment)

Obscenity (18 USC Chapter 71)

Proposed U.S. Constitutional Amendment. § 31.

Now, here comes the Appellants to ensure human

survival on earth can continue. Towards this, Biotechnology

must end, and the economic political support for CARE by

doctors, and the terrorists who do the money changing, must

cede power lawfully to government, not to self-enrichment.

Biotechnology[1] has been given the legal capacity to

exist in our nation, but God warns continuance will imperil

human existence and endanger all life on this earth.

---

[1] Means, "Any technological application that uses biological systems, living organisms, or derivatives thereof, to make or modify products or processes for specific use" (from entry on Wikipedia, December 9, 2013, citing source of definition being The Convention on Biological Diversity (article 2. Use of Terms). United Nations. 1992 Retrieved on February 6, 2006, according to Wikipedia contributor.

Pursuant to God's law, biotechnology must be declared a medical innovation, and subject to the divinely requested Concordat between Congress, President Barack Obama and a majority of the Supreme Federal Court Justices, to end all medical and psychiatric CARE forever in the United States.

The United States needs order and stability, but Biotechnology is prophetic to press hard and eventually destroy the United States, both at the cellular level by causing the DNA strains to become shortened, leading to new diseases and substantially diminished innate ability to reproduce except by recumbent use of stem cells from a host that is compatible, and also at a political level, as riots worldwide and in the United States will target concentrated points of presumed corruption. Biotechnology is a false promise, or more precisely, hope of perpetual bondage to new genetic restorative efforts.

According to God, four super-races have inhabited this earth over the past cycle of roughly 80,000 years. They are the human race, the Grays, the Ceriums, and the unspecified ones who bestowed the world with optical discs (CD-ROMs) in caves.

Nickoli Kardoski, a Russian Astronomer, has developed six levels of civilization to illustrate progression and capabilities of each level of intelligent life throughout the

9

Universe. Humanity is still at Type Zero, the same as hunter gathers, yet we as a species are on the verge of ascent into Type 1 Civilizational status. The Grays are a race from outside our solar system, discovered biotechnology, but got trapped by its curse, and now must agree to clandestine concordats with human governments, like the U.S. Federal Government. Anti-gravity craft that run on isotope-Thorium with isotope element 115 react with manganese to energize mercuric solution in a caduceus mercury vortex engine, allowing speeds unfathomable by Type Zero races. The Grays are a Type 1 Civilization, forced to collect human stem cells from human civilians through a military-government concordat, to allow the Grays to slow their extinction, due to damaged DNA sequences from decades of biotechnology laced foods and consumption of products (e.g. drugs) that altered forever in a horrible manner, the deoxy ribonucleic acid of the Grays as a collective race. The Cerium race, however, choose to quickly ban all biotechnology, and focus on other technologies. The four race, who placed CD-ROMs in caves several dozen thousand years ago, were wise like the Cerium race, and avoided biotechnology with proper law. According to Kardiski's system, the Cerium race would be a mature Type 1 Civilization, with the initial beginnings of rudimentary time travel capacity (yet according

to David Hatcher Childress,[2] as recent at in 1990s, time travel was a weapon in the making, not yet manifested). Humanity has only manipulated the time line with project Rainbow anti-mine project of World War II using hundreds of miles of copper wire and high power Electromagnetic Pulses. The unspecified race who carved the caves using lasers, were here tens of thousands of years ago, and are now long gone physically, yet connect telepathically to those who study the symbols encoded on the laser discs (CD-ROMs) as the paintings detail how to do; they were a type 2 Civilization, nearly a type 3.

The United States Federal Government desires a defensive time travel weapon, yet tachyons must be harnessed for this to be focusable, using super conductor magnets. According to Bible Code, tachyons will be discovered in the 2040s, and will both be a discovery made possible by the spiking of technology that is prophetic if we, as the human race, can keep civilization stable into the year 2018, when new peaceful, strategic technology for support of all humans to live as brothers and sisters will be discovered and emerge as distributable on a planetary basis.

Sometimes a Race may learn more from the race just slightly ahead of it, to be able to better comprehend the danger

---

[2] Civilizational Historian. As an autodidact, he has been discredited due to lack of academic credentials in the history books and research published by Adventures Unlimited Press.

up ahead. Thus, the Grays mistakenly made the potentially species fatal mistake of allowing biotechnology, without quickly illegalizing it as a prohibited technology. The Cerium race has the wisdom to rapidly eschew all biotechnology temptations for profit, control, bondage and weaponization from this curse, yet Appellees here today are prophetic to argue for less controls on biotechnology, so as to intensify human suffering on a massive scale for the profits of a few, the shift of power from the majority into the hands of the nous of control of companies like Monsanto and Genetech, and bondage of billions of chattels to the whims of the medical, banking, insurance industries that pit world governments and their respective militaries against each other, for sheer profitability of war and accessibility of human organs for either research by biotechnology firms or for human organ recycling of inmates and captured enemy combatants to use to highest bidders of life extension biomedical products, not limited to stem-cells and cutting out of the heart, liver, kidneys from living, healthy victims of the banker Elite.

Stem-cells are inherently tied to abortion, as Eugenicists plan to setup prisons to farm stem cells. According to plan reveled by God, to Appellant, the Freemasons, or Illuminati, or Bilderberg, or World Elite, or whatever you choose to name this

granfallon[3] of terrorists, healthy women inmates will be recruited for a lifetime of being raped, impregnated, then near 9 months the baby aborted for stem cell collection, with a short six week long rest until more chattels must do more rapings, to cause more pregnancies, and thus more lucrative stem-cells.

Biotechnology is tainted no differently as an industry as Bayer Corporation in its notorious alliances with the Nazi regime of Adolph Hitler. According to various sources freely available at public libraries, Bayer Corporation bought captured American Servicemen and women, who along with American allies the Russians and Chinese in World War II, were boxed like animals, and used to advance science, improve medical knowledge, and develop and test drugs, including chemotherapy drugs and other drugs still in use today worldwide.

Following the process of the slow (yet partial and mostly cosmetic) disbanding of Nazi power post August 1945, Bayer Corporation allegedly was allowed to continue to retain some chattels for experimentation and advancement of the scientific and medical professions. According to God, even in the 1980s, political dissidents have been sold to Bayer Corporation. According to freely available books at libraries, Bayer Corporation in the 2000s was found to be selling Heparin

---

[3] Definition of 'granfallon' is 'social group'.

13

laced with infective HIV virus, and when asked if Bayer was going to recall the millions of vials of drugs from the United States market, Bayer Corporation refused, says published sources.

Hailed as humanitarians (so-called philanthropists), even having the guise of a good repute, individuals with wealth have been bestowing curses of HIV infected immunizations onto African nations, towards the hidden purpose of population control. In the guise of protection from diseases like polio, the Gates Foundation has been publicly cited for gifting disease. Theorists suggest Bill and Melinda want to ease hunger pain by allowing a more graceful death of Africans by HIV/AIDS infections. Compounded with promiscuous and the failure of fidelity in marriage in that region, the curse of the Microsoft guru has intensified its hold to ravage the entire continent of Africa with repent infection levels unseen in other parts of the world.

In impoverished Russia, in past years, the patients often had to share needles for injections of various drugs, due to lack of funds to buy fresh IV needles and tubing. However, from the data evaluated by Appellate, infection rates of HIV/AIDS is still lower in Russia than where Bill and Melinda Gates gave free vaccines and other biotechnology derived products.

14

Biotechnology is directly responsible for causing human and animal suffering and death. The green monkeys have been infected, with Polio, to make the Salk/Sabin vaccines reportedly, yet the green monkey mothers and baby monkeys are separated, as animals are often cut open to produce biotechnology products, in this instance, vaccines for Polio. Statistical evidence may be contradictory at best; from the data Appellant believes to be more true, vaccines provide zero protection from any disease, and lead patients into weakened immune systems, seeds embedded for later cancer, and the true purpose of vaccines: Soft kill of patients at the age of obsolescence, timed by the biotechnology companies to end life around retirement or about age 65.

According to data believed reputable by Appellant and affirmed by God, biotechnology is a profitable means of producing more dependency on interventions by physicians and psychiatrists, funding by bankers, underwrighting by insurers, and crafty new laws to cause litigation against the terrorists in the white coats with the caduceus, to be nearly impractical from the standpoint of cost to potential gain ratio, not to mention the political consequence to families whose names and faces splash across the news as having sued (regardless of they win or not against the terror causing industry of CARE) by the bestowing

of extra medical, psychiatric services for such adversaries to the industries of self-enrichment.

Towards clarification of the Eugenicist intent, and hatred of humanity, the Appellate respectfully wishes to move to the court to allow cross examination of Appellees and to include about 2,250 pages of scriptures and other writings by Appellant, to help solidify the assertion that doctors have been trying to silence the voice of truth since the rape of Appellant was done to him on July 18, 2010 by the assigned psychiatrist at 930 South Detroit Ave, Toledo Ohio, at the State Mental Hospital to discourage Appellant from continuing to speak against doctor CARE and the tyrannical drugging of patients in an attempt to shut up their voice.

For good measure, and to protect himself from being prosecuted for the rape, David Bellian placed Appellant on a legal guardianship and falsely diagnosed Appellant as mentally ill to the point of being unable to manage his own funds. Only with Ohio Supreme Court Disciplinary Council writing Appellant back to deny an investigation into Jeffery Fort, E.S.Q., the court appointed legal guardian of Appellant, did both Jeffery Fort and the Judge inflicting the court order, Hon. Jack Puffenburger, stand down on the guardianship.

16

Later, some two years after suffering the rape by an angry psychiatrist for signing a release of information (both medical and personal records) for President Barack Obama, Appellant was able to finally meet with a court official at 700 Adams Street, Toledo, to discuss moving the guardianship into dormant status since Appellant was married. Pursuant to Ohio Revised Code, a ward, upon marriage, temporarily transfers the guardianship from an attorney or parent, to the spouse, until infirmity, senility, death or divorce of the spouse. The Guardianship was done as a weapon against Appellant, to entice Appellant to shut up about the rape and doctor tyranny, and to silence the Appellant about the harmful nature of all biotechnology and all drugs of doctors and pharmacists.

Guardianship was released by Hon. Jack Puffenburger around September 11, 2012, possible in fear of impeachment. About six months of seeking legal representation to sue hospitals and doctors involved in the improper shielding of rapist Bellian from the law, Appellant launched about 26 lawsuits, mostly Civil Complaints, with a few Criminal Complaints, between February 2013 and July 14, 2013.

This lawsuit blitz was financed by payday loan stores, with generous wife borrowing about one thousand dollars to print and photo copy evidence against the rapist and his

industry of psychiatry, and against CARE and physicians, against medicine in general, and against pharmacies including Rite Aid, multiple individuals Appellant believed were blocking justice against the corrupt system of CARE, that forced biotechnology onto patients using legal plans like Medicaid, to entice patients to shut up lest more druggings and more treatments be done like ECT shock torture, or lobotomies as advertised at the State Mental Hospital of Ohio (NOPH or "Northwest Ohio Psychiatric Hospital") had on a wall.

Biotechnology as an industry, needs legal leniency to conduct murder of patients who threaten any whisper of the researchers and doctors, or other aspects of the CARE team like bankers, insurance, and judges. For biotechnology to profit, lives must be sacrificed to advance the knowledge and technologies involved, and it is an irony that biotechnology firms assert their purpose is to alleviate human suffering when in truth all manufacturers of medications for both psychiatrists and physicians, self-enrich from the imprisonment of those who oppose the political nature of this terrorist granfallon. Alleviate whose suffering? The financial woes of the doctors conducting the studies, or judges at the County level who order victims to receive CARE to destroy the brains of those intelligent enough to pose a significant risk of litigation, and medicate with blood

pressure, heart medicine, diabetes insulin, diuretics, and other drugs for those persons less threatening but still undesirable, such as has been done to my wife Melanie, who consumes over 25 unique medicines, she has been remembered for proudly announcing to Emergency Room staff on numerous occasions in July 2013 prior to the marital separation by banker-doctor terrorists working with the bribed judges of Cook county (Illinois) and Hancock county (Ohio) and Lucus County (Ohio).

Appellant humbly wishes to invoke U.S.C. § 14 Civilizational Stability with reason being to prevent riots against the Mental Health Parity Act and the Affordable Care Act of Richard Haas in concordat with Barack Obama as the fallguy/pawn of the banker Elite and the doctors, insurance and educators aligned to corrupt judges with bribes and unlawful gifts at the county level and up.

Respectfully, Appellant named Clearance Thomas as Appellee due to the fact the Supreme Court justice has worked as an attorney, aligned to the interests of the firm Monsanto. There being a strong conflict of interest, this Supreme Court destined court document (as signatures to end all CARE in the United States are humbly sought from President Barack Obama, majority vote of Congress, and a majority of Supreme Court Justices): The joint Concordat to end CARE.

Biotechnology is a wholesale method to sell dependency on drugs to the world, and Citizens of the United States, at certain death for the Federal Republic by way of violent prophetic protests coming soon against CARE, and its present permutation of Affordable Care Act of Richard Haas blamed on Barack Obama.

The United States Patriot Act, as supported by John Ashcroft and requested by God, is prophetic to work in tandem with laws prohibiting kidnapping, murder, rape and perjury, the crimes of which all biotechnology firms seem the have immunity from, and is why the Monsanto Protection Act to legalize kidnapping, murder, rape and perjury to obtain, retain and drug patients in the guise of "they don't know what is best for themselves, only a professional psychiatrist can diagnose what a person really needs" is flattering to Satanic plans of world domination and deterioration of both State and Federal United States sovereignty of the respective governments.

Patients, or more precisely truthful, victims of biotechnology embracing but humanly deprivation of life, liberty and property for arbitrary political reasons and occasionally for reason of mental retardation, the testers of biotechnology drugs and medical and psychiatric innovations in procedures, treatments and CARE of diseases like the so-called

20

Schitzo-effective disorder, violates rights of the patients. The specific right of patients seized by biotechnology firms and their accomplices, the research hospitals that forcibly inflict CARE on non-consenting patients, is Federal U.S.C. Article IV, Section 4, the Guarantee Clause of the 1780s, the right to a republic type government.

In the Appellates own experience, while receiving unwanted, unnecessary and harmful CARE, the right to communicate with the outside world is taken from the patient. Appellant personally has lost the right to send out mail at John Madden State Mental Hospital of Loyolta University, and at University of Chicago at Illinois, lost the right to mail or make phone calls.

Appellant respectfully wishes to move the court to act with urgency, due to the fact that John Strogger Hospital, in Chicago, Illinois, had used psychiatric restrains on Appellant from about 8:45pm until around 4:40pm the next day, and then moved the Appellant to Loyolta's Madden hospital with 18 hours of limited water or beverage, no restroom privileges except a plastic urinal, for reason Appellate was a documented "threat to the establishment". Indeed, I did serve the psychiatrist who issues biotechnology products like psychotropic drugs and other CARE into an Appellate Court

21

case to modify Illinois from a Minimum Wage state to a Living Wage state. The psychiatrist did acts of perjury against Appellant, to conceal doctor oaths to protect the cove of sorcerers and witches.

God says He despises Sorcery and Witchcraft of the Biotechnology firms, and God says He respectfully wishes to move this Court to act egregiously and decisively in a bold stand to counter the Satanic religion of the bankers, doctors, educators, insurers and county court judges working in conspiracy to destroy family and undermine the human experience.

Purity of the human experience, as God intends, is for health to be sought, realized and maintained with nutritious non-genetically modified foods, natural herbs untainted by genetic corruption of the genome, and for the legal system to protect human rights of the many even if such protections of the majority costs profits of the elite few.

Enter Area 51, at Majestic 12, and ask a Gray what they think should be done to the Satanic Biotechnology directors, officers, presidents, and others aligned to embrace slavery of the masses for the profits of the few elite. The Grays lost their chance to reproduce sexually without capture of human stem

cells, a process that aborts as miscarriage or abortion, depending on your semantics of language, the lives of humans.

The Grays are potentially doomed to bondage to the Federal United States Government for privileges of artificial insemination of human women, to later remove the life in the women for raw biological material – stem cells – in a mad rush to try to save the Gray race from total extinction. This Court document is about creating new law to allow felony criminal prosecution be done by any average person against any terrorist, and to explicitly define terrorist as doctor who prescribes CARE and as nurse who commits acts of terrorism against patients to self-enrich and to intensify the political power of the industry of CARE by funding the sponsors of terrorism, principally the bankers, with backing by the insurance industry, educational industry, and the equal axis's of evil: The medical, psychiatric and scientific community that prescribes death for a fee that the citizens must pay through taxation and threat and actual hospitalization for opposing the doctrines and agenda of the banker elite or their accomplices of Satanic financial profiteering intention.

To protect God's kingdom and the world, including United States Citizens from banker sponsored terrorism via CARE that involves the infliction of medicine by biotechnology

23

companies, God reminded me that I respectfully wish to move the Court to append the Obscenity Law of 18 USC Chapter 71, to specifically include the human genome as unlawful pornography, and allow prosecution of those who possess DNA sequences in excess of 1024 sequences with a Misdemeanor, or in excess of ten million DNA sequences, a felony. God does not want life patented, and wants all existing patents on life and on biotechnology products and the drugs associated, to be declared unlawful and returned to the public domain, to prevent further profits from being made by enslaving humanity to perpetual predatory status as space explorers who must seize or barter, depending on the militarization and intelligence of the host, for impregnating its females to harvest stem cells in a vain attempt to delay extinction. Biotechnology progress will only further seal humanities fate on the same path as the Grays: To continuous capture and use of host DNA to support an ailing race from irreparable damage inflicted by trusting biotechnology and science, through pharmacology and psychotropic drugs, to destroy an entire race and all hope the race may have to reproduce without mixing host DNA with own to produce even more uncorrectable, flawed by God's standard, life. Biotechnology will assure the best means of guaranteeing peace – by restricting humanity from existing

without perpetual consumption of nine month old babies and young children, to harvest stem cells in a mad and temporary effort to acquire relief from damaged DNA. Stop biotechnology now, or perpetual bondage to the elite bankers will ensure dependence on massive amounts of life to sustain a few lives due to ravaged nature systems perfect by God but corrupted by mankind's lust for limitless wealth and control by any means, including the ultimately lethal biotechnology.

Appellant humbly wishes to move the Court to work with the United Nations to assist in drafting the new legislation to protect humanity and the United States from biotechnology and the resultant harmful or lethal medication, and for the United States Federal Government to issue $880 million immediately as an emergency expenditure, to support the United Nations in protecting humanity from biotechnology in the United States and globally.

God and I respectfully wish to move the Court to fund the Centers for Disease Control, with $250 million to specifically assure destruction of all biotechnology products, including all foods and drugs made using biotechnology, starting anon.

God respectfully wishes to move this court to order the U.S. Patent Office to reclassify all biotechnology products and

all DNA as public domain but pornographic, as prohibited by

Federal Constitutional Amendment law to possess DNA code

sequences for any purpose. Also I humbly wish to move the

court to illegalize all biotechnology derived food products, by

declaring such foods level one biohazards, to be disposed of by

incineration method, under supervision of the Centers for

Disease Control with the same safeguards and security as is

customary for level one biohazards.

*1*

18 hours of limited water or beverage..............28
1980s................................................................16
1990s................................................................12

*2*

2,250 pages of scriptures and other writings by
    Appellant....................................................19
2018................................................................13
2040s................................................................12

*8*

80,000 years....................................................10

*9*

930 South Detroit Ave, Toledo Ohio...............20

*A*

a ward, upon marriage, temporarily transfers the
    guardianship..............................................21
aborts as miscarriage or abortion.....................30
about 8:45pm until around 4:40pm the next day
    ....................................................................28
accessibility of human organs..........................14
act egregiously and decisively in a bold stand..29
advance science, improve medical knowledge..15
Affordable Care Act.........................................26
against any terrorist..........................................31
aligned to corrupt judges with bribes................25
allow prosecution of those who possess...........32
altered forever in a horrible manner, the deoxy
    ribonucleic acid..........................................11

animals are often cut open to produce
    biotechnology products...............................18
Anti-gravity craft.............................................10
Appellant launched about 26 lawsuits..............22
Area 51, at Majestic 12....................................30
artificial insemination of human women..........30
ask a Gray what they think...............................30
attempt to shut up their voice...........................20
August 1945.....................................................16
avoided biotechnology with proper law............11

*B*

banker Elite.....................................................14
banker elite or their accomplices.....................31
bankers.............................................................29
Barack Obama...................................9, 21, 25, 26
Bayer Corporation refused................................16
bestowing curses of HIV infected immunizations
    ....................................................................16
bestowing of extra medical, psychiatric services
    ....................................................................19
Bible Code.......................................................12
Bilderberg........................................................14
Bill and Melinda Gates.....................................17
Biotechnology as an industry............................23
biotechnology derived products........................17
Biotechnology firms.........................................29
Biotechnology has been given the legal capacity
    to exist..........................................................8
Biotechnology is a wholesale method to sell
    dependency..................................................25
Biotechnology is directly responsible for causing
    human and animal suffering.........................17
Biotechnology is tainted no differently............15

Biotechnology will assure.................................33
blood pressure, heart medicine, diabetes insulin,
    diuretics.........................................24
bondage of billions of chattels.........................14
books at libraries.........................................16
bribed judges.............................................24

## C

CARE into an Appellate Court case.................28
carved the caves using lasers............................12
causing the DNA strains to become shortened...9
Cerium race...............................................11
chattels for experimentation and advancement of
    the scientific...................................16
chemotherapy drugs and other drugs...............15
Civil Complaints, with a few Criminal
    Complaints.....................................22
clandestine concordats with human governments
    .....................................................10
Clearance Thomas.......................................25
Cook county (Illinois)...................................24
county court judges......................................29
court appointed legal guardian of Appellant.....20
crafty new laws to cause.................................19
crimes of which all biotechnology firms..........26

## D

damaged DNA...............................................33
damaged DNA sequences from decades of
    biotechnology...................................11
data believed reputable by Appellant...............18
David Bellian placed Appellant on a legal
    guardianship....................................20
David Hatcher Childress................................11
death for the Federal Republic.......................25
death of Africans.........................................17
deny an investigation into Jeffery Fort.............20
destroy family..............................................29
destruction of all biotechnology products.........34
directors, officers, presidents, and others aligned
    to embrace slavery.............................30
DNA sequences.............................................32
doctor oaths to protect the cove of sorcerers and
    witches...........................................29
doctors......................................................29
doctors have been trying to silence the voice of
    truth...............................................20
doctors, insurance and educators.....................25
drugs associated, to be declared unlawful.........32
drugs of doctors and pharmacists.....................21
drugs to the world, and Citizens of the United
    States..............................................25

## E

educators..................................................29

elite bankers..............................................33
end all medical and psychiatric CARE forever...9
end life around retirement or about age 65.......18
energize mercuric solution in a caduceus
    mercury vortex engine.........................10
enslaving humanity.......................................32
Eugenicist intent..........................................19

## F

failure of fidelity in marriage in that region......17
fallguy/pawn of the banker Elite.....................25
falsely diagnosed Appellant as mentally ill......20
fear of impeachment......................................22
February 2013 and July 14, 2013.....................22
Federal U.S.C. Article IV, Section 4..............27
flattering to Satanic plans of world domination26
focusable, using super conductor magnets........12
For biotechnology to profit, lives must be
    sacrificed........................................23
forcibly inflict CARE on non-consenting patients
    .....................................................27
four super-races have inhabited this earth........10
Freemasons.................................................14
fresh IV needles and tubing.............................17

## G

Genetech....................................................14
God warns continuance will imperil human
    existence.........................................9
Grays mistakenly made the potentially species
    fatal mistake.....................................13
Guarantee Clause of the 1780s.......................27
guaranteeing peace........................................33

## H

had on a wall..............................................23
Hancock county (Ohio)...................................24
harmful nature of all biotechnology.................21
hatred of humanity.......................................19
health to be sought, realized and maintained....29
heart, liver, kidneys from living, healthy victims
    .....................................................14
Heparin laced with infective HIV virus............16
hidden purpose of population control...............17
high power Electromagnetic Pulses.................12
highest bidders of life extension.....................14
HIV/AIDS..................................................17
Hon. Jack Puffenburger.................................21
humanitarians (so-called philanthropists..........16
hundreds of miles of copper wire.....................12

## I

if Bayer was going to recall the millions of vials
    of drugs..........................................16
Illuminati...................................................14

improper shielding of rapist Bellian from the law ...................................................................22
industries of self-enrichment............................19
industry of psychiatry.......................................22
infection rates....................................................17
infliction of medicine by biotechnology companies.....................................................31
insurance industry.............................................31
insurers..............................................................29
intelligent life throughout the Universe............10
intensify human suffering on a massive scale for the profits of a few.........................................13
interventions by physicians and psychiatrists....19
invoke U.S.C. § 14 Civilizational Stability.......24
irony that biotechnology firms assert their purpose...........................................................23
isotope-Thorium with isotope element 115......10

*J*

Jeffery Fort and the Judge...................................20
John Ashcroft.....................................................26
John Madden State Mental Hospital...................28
John Strogger Hospital.......................................28
joint Concordat to end CARE...........................25
July 18, 2010......................................................20
July 2013 prior to the marital separation by banker-doctor terrorists...................................24

*K*

keep civilization stable.......................................13

*L*

lead patients into weakened immune systems. .18
legal system to protect human rights................30
legalize kidnapping, murder, rape and perjury to obtain..............................................................26
less threatening but still undesirable.................24
lethal biotechnology...........................................33
level one biohazards...........................................34
litigation against the terrorists...........................19
live as brothers and sisters.................................13
Living Wage state...............................................29
lost the right to send out mail............................28
Loyolta's Madden hospital.................................28
lucrative stem-cells............................................15
Lucus County (Ohio)..........................................24
lust for limitless wealth and control.................33

*M*

majority costs profits of the elite few...............30
Medicaid............................................................22
medical and personal records) for President.....21
medical professions............................................16
medical, psychiatric and scientific community.31

Microsoft guru has intensified its hold to ravage ...................................................................17
military-government concordat.........................11
millions of vials of drugs from the United States market...........................................................16
Monsanto............................................................14
Monsanto Protection Act...................................26
months of seeking legal representation to sue hospitals.........................................................22
murder of patients who threaten any whisper...23

*N*

Nazi power.........................................................15
Nickoli Kardoski...............................................10
no restroom privileges except a plastic urinal...28
Northwest Ohio Psychiatric Hospital...............23
not limited to stem-cells and cutting................14
nurse who commits acts of terrorism against patients...........................................................31
nutritious non-genetically modified foods........29

*O*

Obscenity Law of 18 USC Chapter 71.............32
Ohio Revised Code.............................................21
Ohio Supreme Court Disciplinary Council.......20
only a professional psychiatrist can diagnose...26
optical discs (CD-ROMs) in caves....................10
other drugs for those persons............................24

*P*

paintings detail how to do.................................12
patents on life.....................................................32
peaceful, strategic technology for support of all humans............................................................13
perpetual bondage.............................................33
pharmacology.....................................................32
pit world governments........................................14
Polio...................................................................18
political consequence to families whose names and faces........................................................19
political dissidents have been sold to Bayer Corporation....................................................16
pose a significant risk of litigation....................24
predatory status..................................................32
procedures, treatments and CARE....................27
project Rainbow anti-mine project....................12
prophetic to work in tandem with laws.............26
protect himself from being prosecuted for the rape................................................................20
protecting humanity from biotechnology..........34
psychiatric restrains on Appellant.....................28
psychiatrist did acts of perjury.........................29
psychotropic drugs.............................................32
psychotropic drugs and other CARE................28
publicly cited for gifting disease......................17

Purity of the human experience..........................29
Pursuant to God's law, biotechnology must be
    declared..........................................................9

**Q**

quickly illegalizing it as a prohibited technology
    .......................................................................13

**R**

rapings, to cause more pregnancies...................15
remove the life in the women for raw biological
    material.........................................................30
reproduce sexually without capture of human..30
retain and drug patients in the guise.................26
Richard Haas.......................................................26
right of patients seized by biotechnology firms27
right to a republic type government...................27
right to communicate with the outside world is
    taken..............................................................27
Rite Aid...............................................................22
rudimentary time travel capacity.......................11
Russia..................................................................17
Russian Astronomer,..........................................10
Russians and Chinese in World War II..............15

**S**

Salk/Sabin vaccine.............................................18
Satanic Biotechnology........................................30
Schitzo-effective disorder...................................27
seeds embedded for later cancer........................18
self-enrich from the imprisonment....................23
semantics of language.........................................30
September 11, 2012.............................................22
setup prisons to farm..........................................14
sheer profitability of war....................................14
signatures to end all CARE in the United States
    .......................................................................25
signing a release of information.........................21
Soft kill of patients at the age of obsolescence.18
Sorcery and Witchcraft.......................................29
speeds unfathomable by Type Zero races.........11
spiking of technology that is prophetic.............13
stand down on the guardianship.........................21
standpoint of cost to potential gain ratio...........19
State Mental Hospital of Ohio...........................23
Statistical evidence may be contradictory.........18
stem cells.....................................9, 11, 14, 30, 32
Stem-cells are inherently tied to abortion.........14
study the symbols encoded on the laser discs...12
sustain a few lives..............................................33

**T**

tachyons.............................................................12
terror causing industry of CARE.......................19
terrorist as doctor who prescribes CARE..........31
terrorist granfallon.............................................23
the fact the Supreme Court justice has..............25
the researchers and doctors, or other aspects of
    the CARE.......................................................23
time travel weapon.............................................12
true purpose of vaccines....................................18
two years after suffering the rape by an angry
    psychiatrist....................................................21
Type 1 Civilization.............................................11
type 2 Civilization.............................................12
tyrannical drugging of patients..........................20

**U**

U.S. Federal Government....................................10
uncorrectable......................................................33
undermine the human experience.......................29
underwrighting by insurers................................19
United Nations....................................................33
United Nations in protecting humanity..............34
United States and globally..................................34
United States Citizens from banker sponsored
    terrorism.........................................................31
United States Federal Government.....................12
United States Patriot Act....................................26
unlawful gifts at the county level and up...........25
untainted by genetic corruption.........................29
urgency, due to the fact.....................................28

**V**

vaccines provide zero protection from any
    disease............................................................18
vain attempt to delay extinction........................32
victims of biotechnology....................................27
victims to receive CARE to destroy the brains of
    those intelligent.............................................24
violates rights of the patients............................27
violent prophetic protests coming soon against
    CARE.............................................................26

**W**

weaponization from this curse............................13
whims of the medical, banking, insurance
    industries.......................................................14
wife Melanie, who consumes over 25 unique
    medicines........................................................24
World Elite..........................................................15
World War II.......................................................12

## AFFIDAVIT OF MECHANICAL COMPLIANCE

This document (above this page) written using Times New Roman 12 point, with 2 inch left margin and 2 inch right margin, all pages paginated, with index and list of laws involves. Word Court is at 3,910 spanning 38 pages. Excluding the table of contents, Word Count is at 4,233 + 15. spanning 34 pages. Total Document at 6,382 words / 42.

As the undersigned, I certify the mechanic compliance of this document as stated above, under penalty of perjury.

_____

(Eric Sebastian Meyer)      December _____ 2013


As notary, I issue my seal having verified the identity of the signer, and having heard the signer affirm this document complies, to best of Eric S. Meyer's knowledge, to the above standards of mechanical compliance pursuant to last known to the signer Eric Sebastian Meyer, the rules of the Federal Supreme Court.

## AFFIDAVIT OF APPELLATE ERIC SEBASTIAN

## MEYER

1. I assert, under penalty of perjury, that I use the title Service Agent of God because I firmly believe I have fulfilling divine purpose, of prophetic restructuring of civilization pursuant to God's will and God's law;

2. I assert, under penalty of perjury, that I am the author of the above court Appellate document, intended to help move our world, nation, state and community towards proper alignment with God's divine plan and coordination

3. I assert, under penalty of perjury, I am victim to biotechnology companies, via psychiatry, doctor CARE, and the hatred of my doctrine by members of the Elite Banker granfallon exactly as I have written and documented

4. I assert, under penalty of perjury, all statements are either factual, believed to be true by preponderance of evidence method, or specified to be from God and thus were truly believed with good cause to be of origin from

God. I stand ready to clarify in Court all statements and assertions of this document, towards the purpose of law creation, appending, repeal or affirmation, as applicable under proper Court procedure and due process.

Affirmed under penalty of perjury all the above are true, correct, and accurate, to the best of my knowledge and capacity to verify at the time of writing, within reasonable limits of times, effort and money to perform such verifications of all content contained in this document.

Sworn as true, correct, and accurate, to the best of my knowledge, this ⎯10⎯ day of December, 2013.

(Eric Sebastian Meyer)

(alias Service Agent of God)

(alias Eric S. Meyer / 553)

As notary, I have verified the signer's identity and issue my seal pursuant to law. The signer has affirmed this

Affidavit as true exactly as written and represented, in my

presence prior to his signing.

Respectfully, Notary

OFFICIAL SEAL
Dina R. Aguirre
NOTARY PUBLIC          STATE OF ILLINOIS
MY COMMISSION          EXPIRES 5/1/2016

My Commission Expires on ___1/20/2016___